UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

BERNARD R. HEROUX, SR.,

                Plaintiff,

                                       DECISION AND ORDER

                                       08-CV-6412L

             v.

ROBERT INGRASSIO,
JENNIFER MAHAGER,

                Defendants.
_____

By Decision and Order filed May 6, 2009 (Dkt. #19), the Court dismissed plaintiff's *pro se* complaint. On August 31, 2009, plaintiff filed a *pro se* motion (Dkt. #21) which appears to be, and has been treated as, a motion for reconsideration. The motion is denied. Having reviewed plaintiff's prolix submission, I find no basis in fact or in law to change the Court's prior decision.

CONCLUSION

Plaintiff's motion (Dkt. #21) to reconsider the Court's Decision and Order filed May 6, 2009 is in all respects denied.

IT IS SO ORDERED.

                                          _____
                                          DAVID G. LARIMER
                                        United States District Judge

Dated: Rochester, New York
        September 14, 2009.